Patricia Ann FRALICK,
Plaintiff–Appellee

v.

PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,
Defendant–Appellant.

No. 10–10711
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 28, 2011.

David Stanley Jones, Esq., Principal Litigation Counsel, Law Offices of David S. Jones, James Michael Klancnik, Esq., James M. Klancnik, P.C., Dallas, TX, for Plaintiff–Appellee.

Sally M. Tedrow, Randall Richard Hopp, Esq., O'Donoghue & O'Donoghue, Washington, DC, Andrew George Jubinsky, Figari & Davenport, L.L.P., Dallas, TX, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

After having reviewed the record and studied the briefs, we affirm the judgment of the district court for essentially the same reasons given by the district court in its Memorandum Opinion and Order of June 28, 2010.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.